STIP
ROBERT S. CARDENAS
Nevada Bar No. 7301
BENSON, BERTOLDO, BAKER & CARTER
7408 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone:    (702) 228-2600
Facsimile :   (702) 228-2333
e-mail    :   cardenas@bensonlawyers.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN RUGGERI, individually; and NANCY RUGGERI, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>C2C TRANSPORTATION, INC., a revoked Arizona Corporation; IDEALEASE OF ARIZONA, INC., an Arizona Corporation; JAMES BROULETTE, individually; JAMES HANAWALT, individually; DOES I through XV, inclusive; and ROE BUSINESS ENTITIES I through XV, inclusive,<br><br>Defendants. | CASE NO.    2:10-cv-01598-GMN-RJJ<br><br>**STIPULATION FOR REMAND TO CLARK COUNTY DISTRICT COURT**<br><br>**AND ORDER** |

COMES NOW Plaintiffs JOHN RUGGERI and NANCY RUGGERI, by and through their counsel of record, ROBERT S. CARDENAS, ESQ.. of BENSON, BERTOLDO, BAKER & CARTER, CHTD. and Defendants IDEALEASE OF ARIZONA, INC. and JAMES HANAWALT, by and through their counsel of record, JONATHAN B. OWENS, ESQ. and JASMIN L. DODSON, ESQ., of ALVERSON, TAYLOR, MORTENSEN & SANDERS and hereby agree to remand the above-captioned matter to the Eighth Judicial District Court, Clark

Page 1 of 2

County, Nevada as Plaintiffs state the amount in controversy does not exceed $75,000 in the aggregate.

DATED:                            BENSON, BERTOLDO, BAKER & CARTER

By: _____
ROBERT S. CARDENAS
Nevada Bar No. 7301
7408 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 228-2600
Attorneys for Plaintiff

DATED:                            ALVERSON, TAYLOR, MORTENSEN & SANDERS

November 30, 2010

By: _____
Jonathan B. Owens, Esq.
Nevada Bar No. 7118
Jasmin L. Dodson, Esq.
Nevada Bar No. 10337
7401 W. Charleston Boulevard
Las Vegas, Nevada 89117
Telephone: (702) 384-7000
Attorneys for Defendants

### ORDER

HAVING READ the foregoing Stipulation of the parties, and good cause appearing,

IT IS SO ORDERED this 8th day of December, 2010.

_____
Gloria M. Navarro
United States District Judge

Page 2 of 2